UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER** (not related)

       A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 12-01814 EMC**     Caouette et al v. Bristol-Myers Squibb Company et al

**C 13-01416 SBA**     Gibson v. Bristol-Myers Squibb Company et al

       **I find that the above case is NOT related to the case assigned to me.  _____**


**C 13-01461 JSW**     Ritchey v. Bristol-Myers Squibb Company et al

       **I find that the above case is NOT related to the case assigned to me.  _____**


**C 13-01462 EMC**     Davis et al v. Bristol-Myers Squibb Company et al

       **I find that the above case is NOT related to the case assigned to me.  _____**


**C 13-01487 WHA**     Guinn et al v. Bristol-Myers Squibb Company et al

       **I find that the above case is related to the case assigned to me.  _____**


**C 13-01488 JST**     Morrero v. Bristol-Myers Squibb Company et al

       **I find that the above case is NOT related to the case assigned to me.  _____**


**C 13-01489 SC**     Green, et al., v. Bristol-Myers Squibb Company et al

       **I find that the above case is NOT related to the case assigned to me.  _____**

<u>**C 13-01516 MMC**</u>   <u>**Howell et al v. Bristol-Myers Squibb Company et al**</u>

**I find that the above case is NOT related to the case assigned to me. _____**

**ORDER**

I find the above cases are **not** related.

Dated: July 9, 2013

_____
Judge Edward M. Chen

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: July 9, 2013        By: _____
                                Deputy Clerk

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

                                                     **Richard W. Wieking, Clerk**

**DATED: July 9, 2013**                                      **By:** _____
                                                                          **Deputy Clerk**

Copies to:   Courtroom Deputies
              Case Systems Administrators
              Counsel of Record
Entered into Assignment Program: _____(date)